## In the INTEREST OF J.T.

### Appeal of J.T.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1994.

Decided Dec. 30, 1994.

John W. Packel, David Zuckerman, Philadelphia, for J.T.

Catherine Marshall, Ronald Eisenberg, Robin Godfrey, Philadelphia, for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY, J., dissents.

MONTEMURO, J., is sitting by designation.

## BOEING HELICOPTER COMPANY, Appellant,

v.

### WORKMEN'S COMPENSATION APPEAL BOARD and Joseph L. McCanney.

Supreme Court of Pennsylvania.

Argued Dec. 5, 1994.
Decided Dec. 30, 1994.

Clifford A. Goldstein, Philadelphia, for Boeing.

J. Lawson Johnston, Pittsburgh, for amicus–Pa. Mfrs. Ass'n.

Thomas E. Timby, Newtown, for J. McCanney.

Norman R. Haigh, Secretary, for W.C.A.B.

Marilyn T. Jamain, Philadelphia, for amicus–U.A.W.

Marc S. Jacobs, Philadelphia, for amicus–AFL–CIO.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.